HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KHANH M. LE,

        Plaintiff,

  v.

FIREMANS FUND INSURANCE CO.

        Defendant.

CASE NO. C13-376RAJ

ORDER

This matter comes before the court on *pro se* plaintiff Khanh M. Le's motion to appoint counsel. Dkt. # 7. Plaintiff filed the court's application for court-appointed counsel without filling out any of the questions presented. Accordingly, the court DENIES plaintiff's motion.

Dated this 2nd day of April, 2013.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 1