HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KHANH LE,

          Plaintiff,

    v.

FIREMANS FUND INSURANCE
COMPANY,

          Defendant.

CASE NO. C13-376RAJ

ORDER

On April 5, 2013, the court ordered *pro se* plaintiff Khanh Le to show cause why his case should not be dismissed for lack of subject matter jurisdiction.  Dkt. # 10 at 2. Plaintiff responded on April 12, 2013.  Dkt. # 12.  The only named defendant is Firemans Fund Insurance Company.

In his response, plaintiff explains that he was falsely arrested for violating a restraining order in Sacramento, and that he was not read his rights at the time of the arrest on August 30, 2011.  He explains a conversation he had with his public defender. He also explains that he was told that he had to go to inpatient mental health treatment before he could have a hearing, and that he discovered false documents in the court file. He claims his civil rights have been violated pursuant to 42 U.S.C. § 1983.

ORDER – 1

1

2

"Section 1983 provides a cause of action against any person who deprives an individual of federally guaranteed rights 'under color' of state law." *Filarsky v. Delia*, 132 S.Ct. 1657, 1661 (2012).  Nothing in plaintiff's complaint or his response alleges that the only named defendant is a state actor.

Accordingly, this court lacks subject matter jurisdiction.  The clerk is ORDERED to dismiss this case without prejudice.

DATED this 16th day of April, 2013.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2